Alexander D. Terepka (SBN 288243)
alex@wtlaw.com
Watstein Terepka LLP
515 South Flower Street, 19th Floor
Los Angeles, California
Telephone: (213) 839-3317

*Counsel for Defendant Network Capital Funding Corp.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>NETWORK CAPITAL FUNDING CORPORATION,<br><br>Defendant. | Case No. 8:24-cv-01335<br><br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Paul Sapan and Defendant Network Capital Funding Corporation notify the Court that the parties have resolved this matter on an individual, non-class basis. The parties are now in the process of finalizing the terms of the settlement and memorializing the same. The parties accordingly request that the Court vacate all pending deadlines and allow them sixty (60) days to file a stipulation of dismissal with prejudice.

NOTICE OF SETTLEMENT

DATED:  January 6, 2025

PRATO & REICHMAN, APC                WATSTEIN TEREPKA, LLP

By: */s/ Chris Reichman*                      By: */s/ Alexander Terepka*
Chris Reichman                                     Alexander Terepka

*Counsel for Plaintiff*                           *Counsel for Defendant*

2

1                                      **<u>ATTESTATION</u>**

2        In accordance with Civil L.R. 5-4.3.4, Defendant, as the filing party, hereby

3 attests that signatory Chris Reichman on behalf of Plaintiff, concurs in this

4 Stipulation's content and the filing of this Notice.

5

6                                      */s/ Alexander Terepka*

                                      Alexander Terepka

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SETTLEMENT

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is listed above.

On **January 6, 2025**, I served the foregoing document(s) on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on January 6, 2025, at Atlanta, Georgia.

*/s/ Alexander Terepka*
Alexander Terepka

**SERVICE LIST**

1

2

3    Christopher J. Reichman SBN 250485
     Justin Prato SBN 246968
4    PRATO & REICHMAN, APC
     3675 Ruffin Road, Suite 220
5    San Diego, CA 92123
     Telephone: 619-886-0252
6    chrisr@prato-reichman.com
     justinp@prato-reichman.com
7

8

9    *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28