JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>NETWORK CAPITAL FUNDING CORPORATION,<br><br>Defendants. | Case No.: SACV 24-1335-GW-PDx<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE

**ORDER**

The Court, having considered the Parties' Stipulation of Dismissal, hereby ORDERS that:

    1. Plaintiff's individual claims in the above-captioned action are dismissed with prejudice;

    2. The claims of the putative class members in the above-captioned action are dismissed without prejudice;

    3. Each party is to bear its own fees and costs; and

    4. The Court retains jurisdiction to enforce the Parties' settlement agreement.

**IT IS SO ORDERED.**

Dated:  March 7, 2025

_____
HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE